**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00070 |
| | ) | Judge Trauger |
| DONALD REEDER | ) | |
| | ) | |

## O R D E R

A revocation hearing was held on August 8, 2014, at which the defendant pled guilty to the violation alleged in the Petition to Revoke Supervision (Docket No. 61).  The court finds that violation **ESTABLISHED** and, pursuant to the agreement of the parties, hereby **REVOKES** the defendant's supervised release and sentences him to serve six (6) months in the custody of the Bureau of Prisons, with no supervision to follow.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge